# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

|  |  |  |
|---|---|---|
| IN RE: BLAKE ROUSSEL | * | Bankruptcy Case No: 4:11BK14470 |
| | * | |
| CLEAR SKY PROPERTIES LLC and LuANN DEERE | * | |
| | * | Adversary Proceeding No: 4:11AP01266 |
| Plaintiffs | * | |
| V. | * | Appeal/ |
| | * | District Court No: 4:15CV00212 SWW |
| BLAKE ROUSSEL | * | |
| Defendant | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Bankruptcy Court's original decision on the issue of dischargeability under 11 U.S.C. §§ 523(a)(4) and 523(a)(6) is reversed, and the decision on remand is affirmed.

IT IS SO ORDERED THIS 14th DAY OF AUGUST, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE